UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


VANCE AURIS MCMILLAN,

     Petitioner,

v.                                     Case No. 3:17cv876-LC-HTC

MARK S INCH,

     Respondent.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on October 8, 2020 (ECF No. 35).  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 35) is adopted and incorporated by reference in this order.

2.      The amended petition under 28 U.S.C. § 2254, challenging the conviction in *State v. McMillan*, 2013-CF-0729, in the First Judicial Circuit, in and for Santa Rosa County, Florida, ECF Doc. 7, is DENIED without an evidentiary hearing.

3.      A certificate of appealability is DENIED.

4.      The clerk of court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 6th day of January, 2021.


   s/*L. A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**